IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION,
CIVIL ACTION NO.: 5:07 CV 22

| | | |
|---|---|---|
| **GEOLOGISTICS AMERICAS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **GLOBAL FURNITURE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Plaintiff, Geologisitcs Americas, Inc.'s Motion for Default Judgment against Defendant, Global Furniture, Inc. [Doc. #8]. This motion is now ripe for disposition by the Court.

Having reviewed the motion and memorandum in support, Plaintiff's Motion for Default Judgment is hereby <u>granted</u>.

**IT IS, THEREFORE, ORDERED** that the clerk enter default judgment against Defendant, Global Furniture, Inc., in the amount of $243,922.19, plus interest bearing at eight percent per annum from March 16, 2005, until the judgment is satisfied.

Signed: August 16, 2007

Richard L. Voorhees
United States District Judge