# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv22

| | |
|---|---|
| GEOLOGISTICS AMERICAS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | SUMMONS TO |
| ) | GARNISHEE |
| GLOBAL FURNITURE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**TO: THE CIT GROUP/COMMERCIAL SERVICES, INC.**

**YOU ARE HEREBY SUMMONED** as a garnishee of the defendant, Global Furniture, Inc., and required, within (20) days after the service of this summons upon you, to file a verified Answer in the Office of the Clerk of Court for the United States Court for the Western District of North Carolina, at Statesville, North Carolina, showing:

(1) Whether, at the time of service of this summons upon you, or at any time since then until the date of your Answer, you were indebted to **GLOBAL FURNITURE, INC.**, or had any of its property in your possession and, if so, the amount and nature thereof; and

(2) Whether, according to your knowledge, information, or belief, any other person or entity is indebted to **GLOBAL FURNITURE, INC.**, or has any property of **GLOBAL FURNITURE, INC.**, in his or her or its possession and, if so, the name of such person or entity.

In the event of your failure to file such Answer, a Conditional Judgment will be filed against you for the full amount for which the plaintiff has been awarded Judgment against **GLOBAL FURNITURE, INC.**, together with such amount as will be sufficient to cover the plaintiff's costs.

Signed: July 3, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge