# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### 5:07cv22

| | | |
|---|---|---|
| **GEOLOGISTICS AMERICAS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **SUMMONS TO** |
| | ) | **GARNISHEE** |
| **GLOBAL FURNITURE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**TO: CAPITAL FACTORS, INC.**

**YOU ARE HEREBY SUMMONED** as a garnishee of the defendant, Global Furniture, Inc., and required, within (20) days after the service of this summons upon you, to file a verified Answer in the Office of the Clerk of Court for the United States Court for the Western District of North Carolina, at Statesville, North Carolina, showing:

(1)     Whether, at the time of service of this summons upon you, or at any time since then until the date of your Answer, you were indebted to **GLOBAL FURNITURE, INC.**, or had any of its property in your possession and, if so, the amount and nature thereof; and

-1-

(2)    Whether, according to your knowledge, information, or belief, any other person or entity is indebted to **GLOBAL FURNITURE, INC.**, or has any property of **GLOBAL FURNITURE, INC.**, in his or her or its possession and, if so, the name of such person or entity.

In the event of your failure to file such Answer, a Conditional Judgment will be filed against you for the full amount for which the plaintiff has been awarded Judgment against **GLOBAL FURNITURE, INC.**, together with such amount as will be sufficient to cover the plaintiff's costs.

Signed: July 3, 2008

Dennis L. Howell
United States Magistrate Judge